*Whitaker v. Dolton West SD #148; et al.*

# Defendants' Exhibit C

District 1

# Case Summary

Case No. 2025L005724

| | | |
|---|---|---|
| **Sonya Whitaker -vs- DOLTON WEST SCHOOL DISTRICT 148 BOARD OF EDUCATION, Kevin Nohelty** § § § § | Location: | **District 1** |
| | Judicial Officer: | **Calendar, I** |
| | Filed on: | **04/30/2025** |
| | Cook County Attorney Number: | **57528** |

## Case Information

Case Type: Whistleblower - Jury
Case Status: 04/30/2025 Pending

## Assignment Information

**Current Case Assignment**
Case Number   2025L005724
Court         District 1
Date Assigned 04/30/2025
Judicial Officer Calendar, I

## Party Information

*Lead Attorneys*

**Plaintiff**   **Whitaker, Sonya L**
              180 W. Washington St.
              Suite 820
              Chicago, IL 60602

**HALL JACKSON ASSOCIATES PC**
*Retained*
312-255-7105(H)
166 W WASHINGTON #275
CHICAGO, IL 60602

**Defendant**   **DOLTON WEST SCHOOL DISTRICT 148 BOARD OF EDUCATION**
              114 W. 144TH ST.
              Riverdale, IL 60827

              **Nohelty, Kevin J.**
              114 W. 144TH ST.
              Riverdale, IL 60827

## Events and Orders of the Court

06/30/2025   **First Time Case Management**   (9:30 AM)   (Judicial Officer: Green, Jonathan Clark)
             Resource: Location L1906 Court Room 1906
             Resource: Location D1 Richard J Daley Center

05/27/2025   
             Electronic Notice Sent
                 Party:    Plaintiff Whitaker, Sonya L
                 Party 2:  Attorney HALL JACKSON ASSOCIATES PC

05/27/2025   
             Electronic Notice Sent
                 Party:    Plaintiff Whitaker, Sonya L
                 Party 2:  Attorney HALL JACKSON ASSOCIATES PC

05/27/2025   
             Postcard Generated
                 Party:    Defendant DOLTON WEST SCHOOL DISTRICT 148 BOARD OF EDUCATION

District 1

# Case Summary

### Case No. 2025L005724

| | | |
|---|---|---|
| 05/27/2025 | | Postcard Generated<br>Party:  Defendant Nohelty, Kevin J. |
| 04/30/2025 | | New Case Filing |
| 04/30/2025 | | Whistleblower Complaint Filed (Jury Demand) |
| 04/30/2025 | | Summons Issued And Returnable |
| 04/30/2025 | | Summons Issued And Returnable |
| 04/30/2025 | | Exhibits Filed<br>    *Civil Coversheet* |