**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| DR. SONYA WHITAKER, | * |
| Plaintiff, | * |
| | * Civil Case No.: 1:25-CV-06055 |
| | * |
| v. | * |
| | *. Judge: Hon. Mary M. Rowland |
| | *. |
| DR. KEVIN J. NOHELTY, Superintendent, | * |
| In his official and individual capacity, and | *. (Circuit Court of Cook County, Illinois, |
| | *   Civil Action No. 2025 L 005724) |
| | * |
| DOLTON WEST SCHOOL DISTRICT | * |
| 148 BOARD OF EDUCATION, | * |
| Defendants. | * |
| | * |

**************************************************************************

**PROPOSED ORDER**

This matter is before the Court on Plaintiff's Motion to Remand to State Court and Request for Costs and Fees. The Court, having considered the motion, the parties' submissions, and the applicable law, finds that removal was improper because the Court lacks subject matter jurisdiction over this action, which asserts only state law claims and presents no federal question. The Court further finds that an award of just costs and actual expenses, including attorney fees, is warranted under 28 U.S.C. § 1447(c) due to the objectively unreasonable basis for removal.

**IT IS HEREBY ORDERED:**

1. Plaintiff's Motion to Remand is **GRANTED.**

2. This case is **REMANDED** to the Circuit Court of Cook County, Illinois, County Department, Law Division.

3. Defendants shall pay Plaintiff her just costs and actual expenses, including attorney fees, incurred as a result of the removal, pursuant to 28 U.S.C. § 1447(c). Plaintiff shall submit a petition for such costs and fees within 14 days of this Order.

4. The Clerk of Court is directed to effectuate the remand forthwith.

5. Any other relief requested by Plaintiff and not expressly granted herein is **DENIED**.

**SO ORDERED.**

Dated: _____     _____
                                                      Hon. Mary M. Rowland
                                                      United States District Judge