UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Sonya Whitaker
                      Plaintiff,

v.                                                   Case No.: 1:25−cv−06055
                                                      Honorable Mary M. Rowland

Kevin J. Nohelty, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2025:

      MINUTE entry before the Honorable Mary M. Rowland: The court erred in setting a status for 6/24/25. The status hearing is stricken. The Court notes that defendant has filed a motion to consolidate. [8]. The Court stays briefing on Plaintiff's motion to remand [6] to allow Judge Valderrama to rule on the pending motion to consolidate. Parties are to file a status report on the motion to consolidate by 9/30/25. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.