**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

| | |
|---|---|
| DR. SONYA WHITAKER,<br>    Plaintiff,<br><br>    v.<br><br><br>DR. KEVIN J. NOHELTY, Superintendent,<br>In his official and individual capacity, and<br><br><br>DOLTON WEST SCHOOL DISTRICT<br>148 BOARD OF EDUCATION,<br>    Defendants. | *<br>*<br>* Civil Case No.: 1:25-CV-06055<br>*<br>*. Judge: Hon. Mary M. Rowland<br>*.<br>*<br>*. (Circuit Court of Cook County, Illinois,<br>*   Civil Action No. 2025 L 005724)<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING

TO:    Kathleen M. Kunkle, Esq.
          Richard Bruen, Esq.
          ANCEL GLINK, P.C.
          140 South Dearborn Street, Sixth Floor
          Chicago, Illinois 60603
          (312) 782-7606 (o) (312) 782-0943 Fax
          kkunkle@ancelglink.com
          rbruen@ancelglink.com

PLEASE TAKE NOTICE that on June 30, 2025, I filed with the Clerk of the Court using the CM/ECF system, the attached PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO CONSOLIDATE AND/OR REASSIGN RELATED CASES, a copy of which is herewith served upon you.

**Dated:** June 30, 2025                        Respectfully submitted,

                                              **The Yeary Firm, LLC**

                                              By: /s/ Sheridan T. Yeary
                                              Sheridan Todd Yeary, Esq.; ID#: 201218001
                                              P.O. Box 682
                                              Columbia, MD 21045
                                              (202) 770-7204 (o); (410) 275-3199 (f)
                                              styeary@yearylegal.com
                                              *One of the Attorneys for Plaintiff*